IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Green, Lawrence | Case Number: 08 B 10945 |
|---|---|---|
| | Green, Dorothy J | Judge: Goldgar, A. Benjamin |
| | Printed: 7/29/08 | Filed: 4/30/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 17, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | RJM Acquisitions LLC | Unsecured | 0.00 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 0.00 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 0.00 | 0.00 |
| 6. | MTI | Unsecured | | No Claim Filed |
| 7. | Illinois Title Loans | Unsecured | | No Claim Filed |
| 8. | City Of Chicago | Unsecured | | No Claim Filed |
| 9. | A-All Payday Loans | Unsecured | | No Claim Filed |
| 10. | HSBC | Unsecured | | No Claim Filed |
| 11. | Comcast | Unsecured | | No Claim Filed |
| 12. | Secretary Of State | Unsecured | | No Claim Filed |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Green, Lawrence
　　　Green, Dorothy J
　　　Printed: 7/29/08

Case Number: 08 B 10945
Judge: Goldgar, A. Benjamin
Filed: 4/30/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

　　　　　　　　Marilyn O. Marshall, Trustee, by:

